UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT EARL KING, III. | CIVIL ACTION |
| VERSUS | NO. 25-0962 |
| THOMPSON MEAT PACKING, *et al.* | SECTION M (2) |

# ORDER

Having considered the complaint, the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R"),[1] and the plaintiff objection to the R&R, the Court hereby overrules the plaintiff's objection, approves the R&R, and adopts it as its opinion in this matter. The R&R explains that plaintiff cannot assert constitutional claims under 42 U.S.C. § 1983 against private companies, such as Thompson Meat Packing, Popeyes, Circle K, Race Trac, and McDonald's, and that any purported § 1983 claims brought against the public actor, Deputy Casey, have prescribed.[2]  Plaintiff's objection does not address, much less undermine, these findings and conclusions.   Therefore,

IT IS ORDERED that plaintiff Robert Earl King III's 42 U.S.C. § 1983 claims against defendants Thompson Meat Packing, Popeyes, Circle K, Race Trac, McDonald's, and Deputy Casey are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915, § 1915A, and 42 U.S.C. § 1997e as frivolous and for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this 26th day of August, 2025.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 6.
[2] *Id.*